IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THOMAS EARL AUSTIN, JR.                                             PETITIONER

v.                                                         No. 1:12CV266-GHD-DAS

DERRICK MINGO                                                    RESPONDENT

**FINAL JUDGMENT**

Having considered the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge was duly served by mail upon the *pro se* petitioner at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The magistrate judge's Report and Recommendation should therefore be approved and adopted as the opinion of the court. It is ordered:

1. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is **DENIED**.

3. That this case is **CLOSED**.

**SO ORDERED**, this, the 5th day of October, 2015.

/s/ Glen H. Davidson
SENIOR JUDGE